IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UVALDO NEVAREZ,

      Petitioner,               No. 2:09-cv-0829 FCD JFM P

   vs.

A.K. SCRIBNER,

      Respondent.        <u>ORDER</u>

/

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 14, 2009 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

       Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2 reason would find it debatable whether the petition states a valid claim of the denial of a
3 constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4 McDaniel, 529 U.S. 473, 484 (2000)).

5     After careful review of the entire record herein, this court finds that petitioner has
6 not satisfied the first requirement for issuance of a certificate of appealability in this case.
7 Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8 has exhausted his remedies.  Accordingly, a certificate of appealability should not issue in this
9 action.

10     IT IS SO ORDERED.

11 DATED: August 10, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE